**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jerome Alan Johnson |
| | First Name____Middle Name____Last Name |
| Debtor 2 | Michele Anita Johnson |
| (Spouse if, filing) | First Name____Middle Name____Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 19-12437-BFK |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $            502,200.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | $            52,014.93 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | $            554,214.93 |

### Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          1,537,249.03 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $            81,473.07 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $            715,108.79 |
| **Your total liabilities** | $          2,333,830.89 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $            7,637.33 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ . | $            9,181.76 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson
Case number *(if known)*    19-12437-BFK

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 81,473.07 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 81,473.07 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jerome Alan Johnson | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Michele Anita Johnson | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number | 19-12437-BFK | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                             12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it best fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | |
|---|---|---|
| 1.1 | | |

15338 Colonel Tansill Ct.
Street address, if available, or other description

Woodbridge          VA      22193-5888
City                State    ZIP Code

Prince William
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $502,200.00 | $502,200.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Tenants by the entirety

☐ **Check if this is community property**
(see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

| |
|---|
| $502,200.00 |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor 1 | Jerome Alan Johnson | | |
|---|---|---|---|
| Debtor 2 | Michele Anita Johnson | Case number *(if known)* | 19-12437-BFK |

## 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| 3.1 | Make: | Honda | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | Pilot | ■ Debtor 1 only | |
| | Year: | 2012 | ☐ Debtor 2 only | |
| | Approximate mileage: | 110,000 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | $9,500.00     $9,500.00 |

| 3.2 | Make: | Honda | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | Civic | ☐ Debtor 1 only | |
| | Year: | 2016 | ■ Debtor 2 only | |
| | Approximate mileage: | 29,314 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | $14,000.00     $14,000.00 |

| 3.3 | Make: | Toyota | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | RAV4 | ☐ Debtor 1 only | |
| | Year: | 2014 | ■ Debtor 2 only | |
| | Approximate mileage: | 22,948 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | $14,000.00     $14,000.00 |

## 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>**     $37,500.00

### Part 3:  Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

## 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| Debtor 1 | Jerome Alan Johnson | | |
|---|---|---|---|
| Debtor 2 | Michele Anita Johnson | Case number *(if known)* | 19-12437-BFK |

| | |
|---|---|
| Miscellaneous household goods and furnishings, including basement chairs ($400), tables & chairs ($800), 3 couches & 3 chairs ($1,500), 2 cabinets & 4 side tables ($350), dishes, utensils, pots & pans, glassware, silverware, toaster oven, coffee maker ($400), alarm clock, portable radio, desk ($200), 3 beds, linens ($300), 2 armoires ($200), dresser ($100), 5 night stands ($300), and desk ($200) | $4,750.00 |
| Miscellaneous books, photographs, pictures, CDs, and DVDs | $50.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ■ Yes.  Describe.....

| | |
|---|---|
| Miscellaneous electronics, including DVD players ($125), TVs ($900), and computers ($200) | $1,225.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ■ No

   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ■ Yes.  Describe.....

| | |
|---|---|
| Elliptical machine | $75.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ■ No

    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ■ Yes.  Describe.....

| | |
|---|---|
| Miscellaneous men's clothing, including suits, shirts, pants, shoes, socks, undergarments, coats, sweaters, ties, belts, and accessories | $500.00 |
| Miscellaneous women's clothing, including dresses, skirts, pants, shirts, blouses, coats, sweaters, shoes, socks, undergarments, and accessories | $500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ■ Yes.  Describe.....

| | |
|---|---|
| Wedding band | $75.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Jerome Alan Johnson | |
|---|---|---|
| Debtor 2 | Michele Anita Johnson | Case number *(if known)*  19-12437-BFK |

| Wedding ring | $1,000.00 |
|---|---|
| Watch | $100.00 |
| Watch and miscellaneous costume jewelry, including earrings | $150.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................................................**

| $8,425.00 |
|---|

| **Part 4:** | **Describe Your Financial Assets** | |
|---|---|---|
| Do you own or have any legal or equitable interest in any of the following? | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes................................................................................

| | Cash on hand | $50.00 |
|---|---|---|

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................

| 17.1. | Checking and Savings | Institution name: Bank of America acct. #2152 ($837.46) and acct. #2870 ($543.65) | $1,381.11 |
|---|---|---|---|

**18.  Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................    Institution or issuer name:

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes.  Give specific information about them...................
    Name of entity:                                       % of ownership:

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Jerome Alan Johnson | | |
|---|---|---|---|
| Debtor 2 | Michele Anita Johnson | Case number *(if known)* | 19-12437-BFK |

Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
   Type of account:             Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................             Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............             Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............             Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

   | Unknown potential tax refunds | Federal and State | Unknown |
   |---|---|---|

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes.  Give specific information..

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Jerome Alan Johnson |
|----------|---------------------|
| Debtor 2 | Michele Anita Johnson |

Case number (if known) 19-12437-BFK

| | |
|---|---|
| Accrued wages, earned but not yet paid | $2,254.06 |
| Overpayment of chapter 7 legal fees | $38.00 |
| $2,366.76 garnished by The Greene Company of VA within 90 days of the bankruptcy filing date | $2,366.76 |

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ■ No

   ☐ Yes. Name the insurance company of each policy and list its value.

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ■ No

   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ■ No

   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ■ No

   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

   ■ No

   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

   $6,089.93

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ■ No. Go to Part 6.

   ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ■ No. Go to Part 7.

   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ■ No

   ☐ Yes. Give specific information.........

Official Form 106A/B                 Schedule A/B: Property                 page 6

| Debtor 1 | Jerome Alan Johnson | |
|---|---|---|
| Debtor 2 | Michele Anita Johnson | |
| | | Case number *(if known)*  19-12437-BFK |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ....................................................................................................... | $502,200.00 |
| 56. | **Part 2: Total vehicles, line 5** | $37,500.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $8,425.00 |
| 58. | **Part 4: Total financial assets, line 36** | $6,089.93 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 |
| 62. | **Total personal property.** Add lines 56 through 61... | $52,014.93   Copy personal property total  $52,014.93 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | $554,214.93 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jerome Alan Johnson | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Michele Anita Johnson | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number (if known) | 19-12437-BFK | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:      Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 15338 Colonel Tansill Ct. Woodbridge, VA 22193-5888  Prince William County<br>Line from *Schedule A/B*: 1.1 | $502,200.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code §§ 34-4 & -6 |
| 2012 Honda Pilot 110,000 miles<br>Line from *Schedule A/B*: 3.1 | $9,500.00 | ■ $9,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(8); VA Code §§ 34-4, -13 & -14 (as to $3,500) |
| 2016 Honda Civic 29,314 miles<br>Line from *Schedule A/B*: 3.2 | $14,000.00 | ■ $2,113.12<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(8) |
| 2014 Toyota RAV4 22,948 miles<br>Line from *Schedule A/B*: 3.3 | $14,000.00 | ■ $7,089.11<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(8) (as to $3,886.88); VA Code §§ 34-4, -13 & -14 (as to $3,202.23) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Jerome Alan Johnson |
|---|---|
| Debtor 2 | Michele Anita Johnson |

Case number (if known)    19-12437-BFK

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Miscellaneous household goods and furnishings, including basement chairs ($400), tables & chairs ($800), 3 couches & 3 chairs ($1,500), 2 cabinets & 4 side tables ($350), dishes, utensils, pots & pans, glassware, silverware, toaster oven, coffee maker ($40<br>Line from *Schedule A/B*: 6.1 | $4,750.00 | ■ $4,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| Miscellaneous books, photographs, pictures, CDs, and DVDs<br>Line from *Schedule A/B*: 6.2 | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(2) & (4a) |
| Miscellaneous electronics, including DVD players ($125), TVs ($900), and computers ($200)<br>Line from *Schedule A/B*: 7.1 | $1,225.00 | ■ $1,225.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| Elliptical machine<br>Line from *Schedule A/B*: 9.1 | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4a) |
| Miscellaneous men's clothing, including suits, shirts, pants, shoes, socks, undergarments, coats, sweaters, ties, belts, and accessories<br>Line from *Schedule A/B*: 11.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4) |
| Miscellaneous women's clothing, including dresses, skirts, pants, shirts, blouses, coats, sweaters, shoes, socks, undergarments, and accessories<br>Line from *Schedule A/B*: 11.2 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4) |
| Wedding band<br>Line from *Schedule A/B*: 12.1 | $75.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(1a) |
| Wedding ring<br>Line from *Schedule A/B*: 12.2 | $1,000.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(1a) |
| Watch<br>Line from *Schedule A/B*: 12.3 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4) |
| Watch and miscellaneous costume jewelry, including earrings<br>Line from *Schedule A/B*: 12.4 | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-26(4) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | Jerome Alan Johnson | | |
|---|---|---|---|
| Debtor 2 | Michele Anita Johnson | | |
| | | Case number (if known) | 19-12437-BFK |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Cash on hand<br>Line from *Schedule A/B*: 16.1 | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code §§ 34-4, -13 & -14 |
| Checking and Savings: Bank of America acct. #2152 ($837.46) and acct. #2870 ($543.65)<br>Line from *Schedule A/B*: 17.1 | $1,381.11 | ■ $1,381.11<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code §§ 34-4, -13 & -14 |
| Federal and State: Unknown potential tax refunds<br>Line from *Schedule A/B*: 28.1 | Unknown | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code §§ 34-4, -13 & -14 |
| Accrued wages, earned but not yet paid<br>Line from *Schedule A/B*: 30.1 | $2,254.06 | ■ $2,254.06<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code § 34-29; VA Code §§ 34-4, -13 & -14 (as to $563.52) |
| Overpayment of chapter 7 legal fees<br>Line from *Schedule A/B*: 30.2 | $38.00 | ■ $38.00<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code §§ 34-4, -13 & -14 |
| $2,366.76 garnished by The Greene Company of VA within 90 days of the bankruptcy filing date<br>Line from *Schedule A/B*: 30.3 | $2,366.76 | ■ $1,642.23<br>☐ 100% of fair market value, up to any applicable statutory limit | VA Code §§ 34-4, -13 & -14 |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Jerome Alan Johnson |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Michele Anita Johnson |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 19-12437-BFK |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| 2.1 Bank of America, N.A.<br>Creditor's Name<br><br>P.O. Box 15220<br>Wilmington, DE<br>19886-5220<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br><br>2016 Honda Civic 29,314 miles<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,886.88 | $14,000.00 | $0.00 |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Security interest

Date debt was incurred   January 2016          Last 4 digits of account number   6006

| Debtor 1 | Jerome | Alan | Johnson | Case number (if known) | 19-12437-BFK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Michele | Anita | Johnson | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.2 | CarMax Auto Finance | | $718.86 | $14,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

2014 Toyota RAV4 22,948 miles

P.O. Box 3174
Milwaukee, WI 53201-3174

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  Security interest

**Date debt was incurred** 7/6/14      **Last 4 digits of account number** 8867

---

| 2.3 | Commonwealth of Virginia | | $32,946.81 | $502,200.00 | $32,946.81 |

Creditor's Name

**Describe the property that secures the claim:**

15338 Colonel Tansill Ct. Woodbridge, VA 22193-5888  Prince William County

Dept. of Taxation
Legal Unit, P.O. Box 2156
Richmond, VA 23218

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  Tax lien

**Date debt was incurred** 2014      **Last 4 digits of account number** 1910

---

| 2.4 | Commonwealth of Virginia | | $17,140.33 | $502,200.00 | $17,140.33 |

Creditor's Name

**Describe the property that secures the claim:**

15338 Colonel Tansill Ct. Woodbridge, VA 22193-5888  Prince William County

Dept. of Taxation
Legal Unit, P.O. Box 2156
Richmond, VA 23218

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  Tax lien

**Date debt was incurred** 2016      **Last 4 digits of account number** 1910

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   Jerome Alan Johnson
    First Name           Middle Name          Last Name

Debtor 2   Michele Anita Johnson
    First Name           Middle Name          Last Name

Case number (if known)    19-12437-BFK

---

**2.5** Commonwealth of Virginia
Creditor's Name

Dept. of Taxation
Legal Unit, P.O. Box 2156
Richmond, VA 23218
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   2009

**Describe the property that secures the claim:**    $705.13    $502,200.00    $705.13

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    Tax lien

Last 4 digits of account number   7130

---

**2.6** Commonwealth of Virginia
Creditor's Name

Dept. of Taxation
Legal Unit, P.O. Box 2156
Richmond, VA 23218
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   2010

**Describe the property that secures the claim:**    $29,059.32    $502,200.00    $29,059.32

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    Tax lien

Last 4 digits of account number   7130

---

**2.7** Commonwealth of Virginia
Creditor's Name

Dept. of Taxation
Legal Unit, P.O. Box 2156
Richmond, VA 23218
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   2011

**Describe the property that secures the claim:**    $20,755.53    $502,200.00    $20,755.53

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    Tax lien

Last 4 digits of account number   7130

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Jerome | Alan | Johnson | | Case number (if known) | 19-12437-BFK |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |
| Debtor 2 | Michele | Anita | Johnson | | | |
| | First Name | Middle Name | Last Name | | | |

---

| **2.8** | **Internal Revenue Service** | | Describe the property that secures the claim: | $34,573.57 | $502,200.00 | $34,573.57 |
|---|---|---|---|---|---|---|

Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred    2015

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Tax lien

Last 4 digits of account number    7017

---

| **2.9** | **Internal Revenue Service** | | Describe the property that secures the claim: | $106,747.16 | $502,200.00 | $106,747.16 |
|---|---|---|---|---|---|---|

Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred    2016

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Tax lien

Last 4 digits of account number    7017

---

| **2.10** | **Internal Revenue Service** | | Describe the property that secures the claim: | $149,776.28 | $502,200.00 | $149,776.28 |
|---|---|---|---|---|---|---|

Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred    2014

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Tax lien

Last 4 digits of account number    3916

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Jerome Alan Johnson | | | Case number (if known) | 19-12437-BFK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Michele Anita Johnson | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.1 1 | Internal Revenue Service | Describe the property that secures the claim: | $51,495.47 | $502,200.00 | $51,495.47 |
|---|---|---|---|---|---|

**2.1 1**

Internal Revenue Service
*Creditor's Name*

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219
*Number, Street, City, State & Zip Code*

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   2012

**Describe the property that secures the claim:**

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   Tax lien

**Last 4 digits of account number**   0716

$51,495.47    $502,200.00    $51,495.47

---

**2.1 2**

Internal Revenue Service
*Creditor's Name*

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219
*Number, Street, City, State & Zip Code*

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   2013

**Describe the property that secures the claim:**

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   Tax lien

**Last 4 digits of account number**   0716

$95,067.95    $502,200.00    $95,067.95

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 5 of 10

| Debtor 1 | Jerome Alan Johnson | | | Case number *(if known)* | 19-12437-BFK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Michele Anita Johnson | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.1 3**

**Internal Revenue Service**
Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 2007

**Describe the property that secures the claim:**
15338 Colonel Tansill Ct. Woodbridge, VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Tax lien

**Last 4 digits of account number** 2813

$9,538.81    $502,200.00    $9,538.81

---

**2.1 4**

**Internal Revenue Service**
Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 2008

**Describe the property that secures the claim:**
15338 Colonel Tansill Ct. Woodbridge, VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Tax lien

**Last 4 digits of account number** 2813

$38,654.10    $502,200.00    $38,654.10

---

| Debtor 1 | Jerome Alan Johnson | | | Case number (if known) | 19-12437-BFK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Michele Anita Johnson | | | | |
| | First Name | Middle Name | Last Name | | |

**2.15** Internal Revenue Service

Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   2009

**Describe the property that secures the claim:**

15338 Colonel Tansill Ct. Woodbridge, VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   Tax lien

Last 4 digits of account number    2813

$51,668.65    $502,200.00    $51,668.65

---

**2.16** Internal Revenue Service

Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   2010

**Describe the property that secures the claim:**

15338 Colonel Tansill Ct. Woodbridge, VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   Tax lien

Last 4 digits of account number    2813

$77,788.96    $502,200.00    $77,788.96

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 10

| | | |
|---|---|---|
| Debtor 1 | Jerome Alan Johnson | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | Michele Anita Johnson | |
| | First Name          Middle Name          Last Name | |

Case number (if known)   19-12437-BFK

---

**2.17**

**Internal Revenue Service**
Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Date debt was incurred**   2005

**Describe the property that secures the claim:**

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Tax lien

**Last 4 digits of account number**   0912

$1,352.93          $502,200.00          $0.00

---

**2.18**

**Internal Revenue Service**
Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Date debt was incurred**   2008

**Describe the property that secures the claim:**

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Tax lien

**Last 4 digits of account number**   0912

$69,178.93          $502,200.00          $0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | Jerome Alan Johnson |
| | First Name        Middle Name        Last Name |
| Debtor 2 | Michele Anita Johnson |
| | First Name        Middle Name        Last Name |

Case number (if known)    19-12437-BFK

---

**2.19** 

**Internal Revenue Service**
Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Date debt was incurred**   2009

**Describe the property that secures the claim:**    $84,840.51    $502,200.00    $50,364.78

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Tax lien

**Last 4 digits of account number**   0912

---

**2.20** 

**Internal Revenue Service**
Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Date debt was incurred**   2010

**Describe the property that secures the claim:**    $163,239.27    $502,200.00    $163,239.27

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Tax lien

**Last 4 digits of account number**   0912

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 9 of 10

| Debtor 1 | Jerome Alan Johnson | | Case number (if known) | 19-12437-BFK |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |
| Debtor 2 | Michele Anita Johnson | | | |
| | First Name    Middle Name    Last Name | | | |

| 2.2 1 | Internal Revenue Service | Describe the property that secures the claim: | $92,921.17 | $502,200.00 | $92,921.17 |
|---|---|---|---|---|---|

**Internal Revenue Service**
Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  Tax lien

Date debt was incurred  2011        Last 4 digits of account number  0912

| 2.2 2 | Wells Fargo Home Mortgage | Describe the property that secures the claim: | $397,192.41 | $502,200.00 | $0.00 |
|---|---|---|---|---|---|

**Wells Fargo Home Mortgage**
Creditor's Name

P.O. Box 105632
Atlanta, GA 30348-5632
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

15338 Colonel Tansill Ct. Woodbridge,
VA 22193-5888  Prince William County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  1st priority deed of trust

Date debt was incurred  11/20/09        Last 4 digits of account number  9131

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,537,249.03 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,537,249.03 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jerome Alan Johnson |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Michele Anita Johnson |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 19-12437-BFK |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to
any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in
Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the
left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your
name and case number (if known).

**Part 1:**     **List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed,
    identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as
    possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of
    Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **2.1** | City of Portsmouth Treasurer | Last 4 digits of account number   1044 | $3,232.37   Unknown   Unknown |
| | Priority Creditor's Name | | |
| | 801 Crawford St. | **When was the debt incurred?** _____ | |
| | Portsmouth, VA 23704 | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | |
| | ☐ Debtor 1 only | ☐ Unliquidated | |
| | ☐ Debtor 2 only | ☑ Disputed | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | |
| | ☑ At least one of the debtors and another | ☐ Domestic support obligations | |
| | ☐ **Check if this claim is for a  community debt** | ☑ Taxes and certain other debts you owe the government | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | |
| | ☑ No | ☐ Other. Specify | |
| | ☐ Yes | Claim solely against Contract Security Forces, LLC, listed for infomation only | |

Debtor 1    Jerome Alan Johnson

Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

---

| 2.2 | Commonwealth of Virginia | | Last 4 digits of account number | 1910 | $37,389.58 | $37,389.58 | $0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Priority Creditor's Name

Dept. of Taxation
Legal Unit, P.O. Box 2156
Richmond, VA 23218

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**    2015

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Payroll taxes for Contract Security Forces, LLC

---

| 2.3 | Commonwealth of Virginia | | Last 4 digits of account number | 1910 | $4,818.18 | $4,818.18 | $0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Priority Creditor's Name

Dept. of Taxation
Legal Unit, P.O. Box 2156
Richmond, VA 23218

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**    2017

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Payroll taxes for Contract Security Forces, LLC

---

| 2.4 | Comptroller of Maryland | | Last 4 digits of account number | 1587 | $21,782.16 | $21,782.16 | $0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Priority Creditor's Name

Revenue Administration Div.
110 Carroll St.
Annapolis, MD 21411-0001

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**    2016

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Payroll taxes for Contract Security Forces, LLC

---

Debtor 1   Jerome Alan Johnson

Debtor 2   Michele Anita Johnson

Case number (if known)   19-12437-BFK

---

| 2.5 | Comptroller of Maryland | Last 4 digits of account number | 1587 | $4,545.19 | $4,545.19 | $0.00 |

Priority Creditor's Name

Revenue Administration Div.

110 Carroll St.

Annapolis, MD 21411-0001

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Payroll taxes for Contract Security Forces, LLC

---

| 2.6 | Office of Tax and Revenue | Last 4 digits of account number | 5995 | $4,465.84 | $4,465.84 | $0.00 |

Priority Creditor's Name

P.O. Box 96385

Washington, DC 20090-6385

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Payroll taxes for Contract Security Forces, LLC

---

| 2.7 | Office of Tax and Revenue | Last 4 digits of account number | 5995 | $5,151.09 | $5,151.09 | $0.00 |

Priority Creditor's Name

P.O. Box 96385

Washington, DC 20090-6385

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Payroll taxes for Contract Security Forces, LLC

---

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

---

| 2.8 | Office of Tax and Revenue | Last 4 digits of account number | 5995 | $88.66 | $88.66 | $0.00 |

Priority Creditor's Name
P.O. Box 96385
Washington, DC 20090-6385
Number Street City State Zip Code

**When was the debt incurred?**    2017

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Payroll taxes for Contract Security Forces, LLC

---

| 2.9 | Prince William County | Last 4 digits of account number | 8817 | Unknown | $0.00 | $0.00 |

Priority Creditor's Name
Tax Administration Division
P.O. Box 2467
Woodbridge, VA 22195-2467
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Claim solely against Contract Security Forces, LLC, listed for infomation only

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

---

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

| 4.1 | Alireza Kiaee | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
7939 Enola St., #104
McLean, VA 22102
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Claim solely against Contract Security Forces, LLC, listed for information only

---

| 4.2 | AMCB | Last 4 digits of account number  8110 | $3,642.40 |

Nonpriority Creditor's Name
2900 Telestar Ct.
Falls Church, VA 22042
Number Street City State Zip Code

When was the debt incurred?  7/15/17-12/5/17

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Medical bill

---

| 4.3 | AMCB | Last 4 digits of account number  8110 | $1,123.23 |

Nonpriority Creditor's Name
2900 Telestar Ct.
Falls Church, VA 22042
Number Street City State Zip Code

When was the debt incurred?  3/15/17-9/5/18

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Medical bill

---

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

| 4.4 | AMCB | Last 4 digits of account number | 8110 | $30,066.75 |

Nonpriority Creditor's Name
2900 Telestar Ct.
Falls Church, VA 22042
Number Street City State Zip Code

When was the debt incurred?    4/15/17-7/20/17

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical bill

| 4.5 | AMCB | Last 4 digits of account number | 8110 | $39.82 |

Nonpriority Creditor's Name
2900 Telestar Ct.
Falls Church, VA 22042
Number Street City State Zip Code

When was the debt incurred?    9/24/18-11/16/18

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical bill

| 4.6 | Anthony Pellicone | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
1487 Ranger Loop, #304
Woodbridge, VA 22191
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim solely against Contract Security Forces, LLC, listed for information only

Debtor 1   Jerome Alan Johnson
Debtor 2   Michele Anita Johnson                                                    Case number *(if known)*   19-12437-BFK

---

| 4.7 | Antoine J. Wright | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
5083 Coles Point Rd.
Hague, VA 22469
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

| 4.8 | Armor Fence, LLC | Last 4 digits of account number _____ | $3,352.14 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Harry N. Lowe, III, Esq.
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Claim solely against Athscho, LLC, listed for information only

---

| 4.9 | Assoc. of Alex Radiologists | Last 4 digits of account number  0522 | $86.60 |
|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 79537
Baltimore, MD 21279-0537
Number Street City State Zip Code

When was the debt incurred?   8/5/18

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Medical bill

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   Jerome Alan Johnson
Debtor 2   Michele Anita Johnson

Case number (if known)    19-12437-BFK

| | | |
|---|---|---|
| 4.10 | Baktash Rahimi | |

Nonpriority Creditor's Name

14577 Crossfield Way
Woodbridge, VA 22191
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

| | | |
|---|---|---|
| 4.11 | Bank of America | |

Nonpriority Creditor's Name

P.O. Box 15019
Wilmington, DE 19886-5019
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  8866    $383.08

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Visa credit card

| | | |
|---|---|---|
| 4.12 | Breiner & Breiner, LLC | |

Nonpriority Creditor's Name

115 N. Henry St.
Alexandria, VA 22314
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  9457    $4,557.75

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Legal fees

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

---

| 4.1 3 | Camille A. Boothe | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
2004 Perry St., NE
Washington, DC 20018
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

| 4.1 4 | Capital One Bank | Last 4 digits of account number | | $1,201.77 |

Nonpriority Creditor's Name
P.O. Box 85147
Richmond, VA 23276
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   Credit card

---

| 4.1 5 | Capital One Bank | Last 4 digits of account number | 5788 | $1,937.67 |

Nonpriority Creditor's Name
P.O. Box 71083
Charlotte, NC 28272-1083
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   MasterCard credit card

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

---

| 4.1 6 | CardioNet, LLC | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number   1866 | $250.00 |
| | 1000 Cedar Hollow Rd. | | |
| | Suite 102 | When was the debt incurred?   3/15/17-9/5/18 | |
| | Malvern, PA 19355 | | |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Medical bill

---

| 4.1 7 | CardioNet, LLC | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number   4413 | $1,495.00 |
| | 1000 Cedar Hollow Rd. | | |
| | Suite 102 | When was the debt incurred? | |
| | Malvern, PA 19355 | | |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Medical bill

---

| 4.1 8 | Carolina Radiology Assoc. | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number   5938 | $242.20 |
| | 1303 Azalea Ct., #B | | |
| | Myrtle Beach, SC 29577 | When was the debt incurred? | |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Medical bill

---

Debtor 1    Jerome Alan Johnson

Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

| 4.19 | Cary Poropatich MD LLC | Last 4 digits of account number | 7368 | $6.03 |
|---|---|---|---|---|

Nonpriority Creditor's Name

9834 Business Way

Manassas, VA 20110

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 2/15/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Medical bill

| 4.20 | Central Credit Services, LLC | Last 4 digits of account number | 4697 | $89.78 |
|---|---|---|---|---|

Nonpriority Creditor's Name

9550 Regency Sq. Blvd., #500

Jacksonville, FL 32225

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 4/26/16

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Medical bill

| 4.21 | Central Insurance Agency | Last 4 digits of account number | 7796 | $15,823.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

93 E. Main St.

Smithtown, NY 11787

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** March 2017-October 2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Claim solely against Contract Security Forces, LLC, listed for information only

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   Jerome Alan Johnson
Debtor 2   Michele Anita Johnson

Case number (if known)    19-12437-BFK

---

| 4.2 2 | | |
|---|---|---|

**CitiBank**
Nonpriority Creditor's Name
P.O. Box 6500
Sioux Falls, SD 57117
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   3475          $705.05

**When was the debt incurred?**   3/13/18

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card

---

| 4.2 3 | | |
|---|---|---|

**Credit One Bank**
Nonpriority Creditor's Name
P.O. Box 60500
City of Industry, CA 91716-0500
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   9868          $873.16

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Visa credit card

---

| 4.2 4 | | |
|---|---|---|

**Credit One Bank**
Nonpriority Creditor's Name
P.O. Box 60500
City of Industry, CA 91716-0500
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   0992          $1,114.59

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   MasterCard credit card

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Jerome Alan Johnson

Debtor 2    Michele Anita Johnson

Case number *(if known)*    19-12437-BFK

---

| 4.2 5 | | |
|---|---|---|

**Dalwuan R. Williams**

Nonpriority Creditor's Name

16670 Hardwood Oak Ct., #202

Dumfries, VA 22026

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Claim solely against Contract Security Forces, LLC, listed for information only

---

| 4.2 6 | | |
|---|---|---|

**Danyell Baker**

Nonpriority Creditor's Name

1119 Castle Harbour Way, #3A

Glen Burnie, MD 21061

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Claim solely against Contract Security Forces, LLC, listed for information only

---

| 4.2 7 | | |
|---|---|---|

**Darnell A. Jackson**

Nonpriority Creditor's Name

3385 Dry Powder Cir., Apt. 304

Dumfries, VA 22026

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Claim solely against Contract Security Forces, LLC, listed for information only

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Jerome Alan Johnson

Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

| 4.2 8 | | | |
|---|---|---|---|

**Darrell W. Noble**                                              Last 4 digits of account number _____          Unknown

Nonpriority Creditor's Name

9925 Holland Meadows Ct.                          **When was the debt incurred?** _____

Fredericksburg, VA 22408

Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                                    ☐ Contingent

☐ Debtor 2 only                                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                            ■ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**
                                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims

■ No                                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                                  ■ Other. Specify    Claim solely against Contract Security Forces,
                                                                                                     LLC, listed for information only

| 4.2 9 | | | |
|---|---|---|---|

**Essence A. Delgado**                                         Last 4 digits of account number _____          Unknown

Nonpriority Creditor's Name

13687 Lynn St.                                                   **When was the debt incurred?** _____

Woodbridge, VA 22191

Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                                    ☐ Contingent

☐ Debtor 2 only                                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                            ■ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**
                                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims

■ No                                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                                  ■ Other. Specify    Claim solely against Contract Security Forces,
                                                                                                     LLC, listed for information only

| 4.3 0 | | | |
|---|---|---|---|

**Fairfax Radiological Consults.**                         Last 4 digits of account number    8033              $367.00

Nonpriority Creditor's Name

2722 Merrilee Dr., Suite 230                          **When was the debt incurred?**    1/12/18

Fairfax, VA 22031

Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                                    ☐ Contingent

☐ Debtor 2 only                                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                            ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**
                                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims

■ No                                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                                  ■ Other. Specify    Medical bill

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    Jerome Alan Johnson

Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

---

**4.3 1**

**Grand Strand Regional Med. Ctr**
Nonpriority Creditor's Name
P.O. Box 402724
Atlanta, GA 30384-2724
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  2901    $35.70

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Medical bill

---

**4.3 2**

**Hugo N. C. Hidalgo**
Nonpriority Creditor's Name
1413 Bayside Ave., Apt. 6
Woodbridge, VA 22191
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Claim solely against Contract Security Forces, LLC, listed for information only

---

**4.3 3**

**INOVA Fairfax Hospital**
Nonpriority Creditor's Name
P.O. Box 37019
Baltimore, MD 21297-3019
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  5261    $4,084.63

**When was the debt incurred?**  1/12/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Medical bill

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jerome Alan Johnson |
|---|---|
| Debtor 2 | Michele Anita Johnson |

Case number *(if known)*    19-12437-BFK

---

**4.34**

**INOVA Fairfax Hospital**
Nonpriority Creditor's Name
P.O. Box 37019
Baltimore, MD 21297-3019
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    9891                $154.55

**When was the debt incurred?**    1/12/18

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Medical bill

---

**4.35**

**Inova Medical Group Urology**
Nonpriority Creditor's Name
8503 Arlington Blvd.
Suite 310
Fairfax, VA 22031
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    9891                $67.67

**When was the debt incurred?**    2/1/17

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Medical bill

---

**4.36**

**Integrated Reg Lab Path Serv**
Nonpriority Creditor's Name
P.O. Box 3093
Boca Raton, FL 33431-0993
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    9118                $5.65

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Medical bill

---

| Debtor 1 | Jerome Alan Johnson |
|---|---|
| Debtor 2 | Michele Anita Johnson |

Case number (if known)  **19-12437-BFK**

---

| 4.3 7 | J. Douglas Lewis, Esq. | Last 4 digits of account number | 1786 | $21,551.12 |
|---|---|---|---|---|

Nonpriority Creditor's Name
7500 Diplomat Dr., #201
Manassas, VA 20109
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical bill

---

| 4.3 8 | Jacqueline W. Wanjohi | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
7659 Richmond Hwy., Apt. 22
Alexandria, VA 22306
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Claim solely against Contract Security Forces, LLC, listed for information only

---

| 4.3 9 | Jahkira L. Prince | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
1319 Oates St.
Capitol Heights, MD 20743
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Claim solely against Contract Security Forces, LLC, listed for information only

---

| Debtor 1 | Jerome Alan Johnson |
|---|---|
| Debtor 2 | Michele Anita Johnson |

Case number (if known)    19-12437-BFK

---

**4.40**

Janet M. Meiburger, Trustee
Nonpriority Creditor's Name
The Meiburger Law Firm, P.C.
1493 Chain Bridge Rd., #201
McLean, VA 22101-5726
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential avoidance claims arising in affiliated Chapter 7 case of Contract Security Forces, LLC, Case #17-14203-KHK

---

**4.41**

Jermaine K. Mitcham
Nonpriority Creditor's Name
7941 Richmond Hwy., #12
Alexandria, VA 22306
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim solely against Contract Security Forces, LLC, listed for information only

---

**4.42**

John T. Harrod
Nonpriority Creditor's Name
14029 Lindendale Rd.
Woodbridge, VA 22193
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim solely against Contract Security Forces, LLC, listed for information only

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

---

| 4.4 3 | Johns Hopkins Health System | | |
|---|---|---|---|

**Nonpriority Creditor's Name**

P.O. Box 3475
Toledo, OH 43607-0475
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    7273    $443.20

**When was the debt incurred?**    7/23/18

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical bill

---

| 4.4 4 | Johns Hopkins Health System | | |
|---|---|---|---|

**Nonpriority Creditor's Name**

P.O. Box 3475
Toledo, OH 43607-0475
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    0867    $700.29

**When was the debt incurred?**    8/31/16

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical bill

---

| 4.4 5 | Johns Hopkins Physicians | | |
|---|---|---|---|

**Nonpriority Creditor's Name**

P.O. Box 65045
Baltimore, MD 21264-5045
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**        $100.93

**When was the debt incurred?**    5/27/16-10/5/16

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical bill

---

Debtor 1   Jerome Alan Johnson
Debtor 2   Michele Anita Johnson

Case number (if known)   19-12437-BFK

---

**4.46**

Joseph A. Campbell
Nonpriority Creditor's Name
2603 Colebrooke Dr.
Temple Hills, MD 20748
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Claim solely against Contract Security Forces, LLC, listed for information only

---

**4.47**

Joseph J. Buchino MD & Assoc.
Nonpriority Creditor's Name
P.O. Box 7308
Arlington, VA 22207-0308
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number 3355     $644.00

When was the debt incurred? 12/19/16

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Medical bill

---

**4.48**

Joseph Walker
Nonpriority Creditor's Name
2690 Pheasant Hunt Rd.
Woodbridge, VA 22192
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Claim solely against Contract Security Forces, LLC, listed for information only

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   Jerome Alan Johnson
Debtor 2   Michele Anita Johnson

Case number (if known)   19-12437-BFK

---

**4.49**

Juan J. Encarnacion
Nonpriority Creditor's Name
9619 Dublin Dr.
Manassas, VA 20109
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

**4.50**

Kadija H. Kargbo
Nonpriority Creditor's Name
600 W. Hallmark Ave., #531
Killeen, TX 76541
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

**4.51**

Lab Corp
Nonpriority Creditor's Name
P.O. Box 2240
Burlington, NC 27216-2240
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 7419    Unknown

**When was the debt incurred?** 8/25/17-8/20/18 & 11/14/16

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical bill

---

Debtor 1   Jerome Alan Johnson
Debtor 2   Michele Anita Johnson

Case number (if known)   19-12437-BFK

| 4.5 2 | | | |
|---|---|---|---|
| **Lab Corp** | **Last 4 digits of account number** | 2980 | $816.00 |

Nonpriority Creditor's Name
P.O. Box 2240
Burlington, NC 27216-2240
Number Street City State Zip Code

**When was the debt incurred?**   11/06/14

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   Medical bill

---

| 4.5 3 | | 1025;5188;7 183;6128;29 | |
|---|---|---|---|
| **Lab Corp** | **Last 4 digits of account number** | 14 | $23.48 |

Nonpriority Creditor's Name
P.O. Box 2240
Burlington, NC 27216-2240
Number Street City State Zip Code

**When was the debt incurred?**   3/15/17-9/5/18

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   Medical bill

---

| 4.5 4 | | | |
|---|---|---|---|
| **Lab Corp** | **Last 4 digits of account number** | 7354 | $266.00 |

Nonpriority Creditor's Name
P.O. Box 2240
Burlington, NC 27216-2240
Number Street City State Zip Code

**When was the debt incurred?**   8/25/17

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   Medical bill

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson

Case number *(if known)*    19-12437-BFK

---

| 4.5 5 | | | |
|---|---|---|---|

**Lab Corp**
Nonpriority Creditor's Name

P.O. Box 2240
Burlington, NC 27216-2240
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 2130;8040;9 030

**When was the debt incurred?** 9/23/15-5/23/16

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical bill

$259.14

---

| 4.5 6 | | | |
|---|---|---|---|

**Lab Corp**
Nonpriority Creditor's Name

P.O. Box 2240
Burlington, NC 27216-2240
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 0050;9330;2 130;8040

**When was the debt incurred?** 4/26/16-2/22/17

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical bill

$212.80

---

| 4.5 7 | | | |
|---|---|---|---|

**Lab Corp**
Nonpriority Creditor's Name

P.O. Box 2240
Burlington, NC 27216-2240
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 5309;3556

**When was the debt incurred?** 5/4/18-12/11/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical bill

$9.59

---

Debtor 1    Jerome Alan Johnson

Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

---

| 4.5 8 | Lamont C. Thompson | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**

8829 Telegraph Rd.
Lorton, VA 22079

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Claim solely against Contract Security Forces, LLC, listed for information only

---

| 4.5 9 | Mac J. Kriesch | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**

7404 Paxton Rd.
Falls Church, VA 22043

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Claim solely against Contract Security Forces, LLC, listed for information only

---

| 4.6 0 | Malcolm J. Maiden | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**

509 Rock Creek Church Rd., NW
Washington, DC 20010

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Claim solely against Contract Security Forces, LLC, listed for information only

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Jerome Alan Johnson

Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

| 4.6 1 | Melissa R. Benitez | |
|---|---|---|

Nonpriority Creditor's Name

4636 Evansdale Rd.

Woodbridge, VA 22193

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Claim solely against Contract Security Forces, LLC, listed for information only

| 4.6 2 | Merrick Bank | |
|---|---|---|

Nonpriority Creditor's Name

P.O. Box 9201

Old Bethpage, NY 11804

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 3400    $2,062.91

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Personal loan

| 4.6 3 | Metroplex Pathology Assoc. | |
|---|---|---|

Nonpriority Creditor's Name

P.O. Box 840294

Dallas, TX 75284-0294

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 6536    $69.81

**When was the debt incurred?** 12/20/16

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Medical bill

| Debtor 1 | Jerome Alan Johnson |
|---|---|
| Debtor 2 | Michele Anita Johnson |

Case number *(if known)*   19-12437-BFK

---

**4.6 4**

Michael C. Paynter

Nonpriority Creditor's Name

3917 Findley Rd.
Woodbridge, VA 22193
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

**4.6 5**

Nationwide Credit Corp.

Nonpriority Creditor's Name

P.O. Box 9156
Alexandria, VA 22304-0156
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 3722                    $653.99

**When was the debt incurred?** 7/31/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical bill

---

**4.6 6**

NE Virginia Emerg Phys, LLC

Nonpriority Creditor's Name

P.O. Box 37993
Philadelphia, PA 19101-7993
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 7780                    $43.71

**When was the debt incurred?** 1/12/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical bill

---

Debtor 1   Jerome Alan Johnson
Debtor 2   Michele Anita Johnson

Case number (if known)   19-12437-BFK

---

| 4.6 7 | |
|---|---|

**NE Virginia Emerg Phys, LLC**
Nonpriority Creditor's Name
P.O. Box 37993
Philadelphia, PA 19101-7993
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   6102                      $1,825.00

**When was the debt incurred?**   7/15/17

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical bill

---

| 4.6 8 | |
|---|---|

**NE Virginia Emerg Phys, LLC**
Nonpriority Creditor's Name
P.O. Box 37993
Philadelphia, PA 19101-7993
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   9990                      $240.30

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical bill

---

| 4.6 9 | |
|---|---|

**NO VA Radiology Consultants**
Nonpriority Creditor's Name
P.O. Box 37148
Baltimore, MD 21297
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   6344                      $20.82

**When was the debt incurred?**   2/15/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical bill

---

Debtor 1   Jerome Alan Johnson

Debtor 2   Michele Anita Johnson

Case number *(if known)*   19-12437-BFK

---

| 4.70 | NPAS Solutions, LLC | Last 4 digits of account number | 8023 | $388.85 |

Nonpriority Creditor's Name

P.O. Box 2248

Maryland Heights, MO 63043-1048

Number Street City State Zip Code

**When was the debt incurred?**   3/24/18

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Medical bill

---

| 4.71 | Orlando B. Crawford | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

11460 St. Martha Dr., Apt. 217

Waldorf, MD 20602

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

| 4.72 | Parkway East, LLC | Last 4 digits of account number | | $21,110.60 |

Nonpriority Creditor's Name

P.O. Box 1607

Lorton, VA 22199-1607

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Claim against Contract Security Forces, LLC, personally guaranteed

---

| Debtor 1 | Jerome Alan Johnson |
|----------|---------------------|
| Debtor 2 | Michele Anita Johnson |

Case number (if known)   19-12437-BFK

---

**4.7 3**

**Pendrick Capital Partners, LLC**
Nonpriority Creditor's Name
6029 Ridge Ford Dr.
Burke, VA 22015
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   5109                 $558.00

**When was the debt incurred?**   3/15/17-9/5/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical bill

---

**4.7 4**

**Philadelphia Insurance Company**
Nonpriority Creditor's Name
c/o Leib
P.O. Box 357
Voorhees, NJ 08043
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   0246                 $14,329.00

**When was the debt incurred?**   6/29/17

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

**4.7 5**

**Prince William Neurology**
Nonpriority Creditor's Name
14401 Hereford Rd.
Woodbridge, VA 22193
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   1191                 $2,331.00

**When was the debt incurred?**   10/6/16

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical bill

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  Jerome Alan Johnson

Debtor 2  Michele Anita Johnson

Case number (if known)   19-12437-BFK

| 4.7 6 | Redmon, Peyton & Braswell, LLP | Last 4 digits of account number | $220,751.82 |
|---|---|---|---|

Nonpriority Creditor's Name

Attn: James S. Kurz, Esq.

510 King St., Suite 301

Alexandria, VA 22314

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Legal fees

| 4.7 7 | Ricky D. McDonald | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

2507 Doverhill Ct.

Woodbridge, VA 22192

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

| 4.7 8 | Robert F. Byrd | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

5901 Spell Rd.

Clinton, MD 20735

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

Debtor 1   Jerome Alan Johnson

Debtor 2   Michele Anita Johnson

Case number (if known)   19-12437-BFK

---

**4.79**

Sentara

Nonpriority Creditor's Name

863 Glenrock Rd., #100
Norfolk, VA 23502

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   4232

**When was the debt incurred?**   8/25/17-5/16/18

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Medical bill

$260.40

---

**4.80**

Sentara

Nonpriority Creditor's Name

863 Glenrock Rd., #100
Norfolk, VA 23502

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   6316

**When was the debt incurred?**   11/11/16

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Medical bill

$909.00

---

**4.81**

Sentara

Nonpriority Creditor's Name

863 Glenrock Rd., #100
Norfolk, VA 23502

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   0896

**When was the debt incurred?**   7/25/17

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Medical bill

$46.50

---

Debtor 1   Jerome Alan Johnson

Debtor 2   Michele Anita Johnson

Case number (if known)   19-12437-BFK

| 4.8 2 | Sentara | Last 4 digits of account number | 5385 | $166.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

863 Glenrock Rd., #100
Norfolk, VA 23502

Number Street City State Zip Code

**When was the debt incurred?**   2/12/17-8/18/17

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Medical bill

| 4.8 3 | Shauntay A. Spinner | Last 4 digits of account number | | $279,060.02 |
|---|---|---|---|---|

Nonpriority Creditor's Name

7463 Gladys Rd.
Altavista, VA 24517

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

| 4.8 4 | Suburban Credit Corp. | Last 4 digits of account number | 0015 | $573.26 |
|---|---|---|---|---|

Nonpriority Creditor's Name

P.O. Box 30640
Alexandria, VA 22310-0640

Number Street City State Zip Code

**When was the debt incurred?**   10/19/12-11/11/16

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Medical bill

| Debtor 1 | Jerome Alan Johnson |
|---|---|
| Debtor 2 | Michele Anita Johnson |

Case number (if known) **19-12437-BFK**

---

**4.8
5**

**Teresa D. Carcamo**
Nonpriority Creditor's Name
15028 Lost Canyon Ct.
Woodbridge, VA 22191
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

**4.8
6**

**The Greene Company of VA**
Nonpriority Creditor's Name
2075 Stultz Rd.
Martinsville, VA 24112
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $72,010.38

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Judgment

---

**4.8
7**

**Timothy V. Whitley**
Nonpriority Creditor's Name
109 Healey Ct.
Stafford, VA 22554
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

---

| 4.8 8 | | | |
|---|---|---|---|

**Tony G. Ferguson**
Nonpriority Creditor's Name
3805 Laramie Pl., Unit C
Alexandria, VA 22309
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

| 4.8 9 | | | |
|---|---|---|---|

**United Consumers, Inc.**
Nonpriority Creditor's Name
P.O. Box 4466
Woodbridge, VA 22194-4466
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $311.66

**When was the debt incurred?**    3/30/14-7/20/17

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical bill

---

| 4.9 0 | | | |
|---|---|---|---|

**Virginia Hospital Center**
Nonpriority Creditor's Name
P.O. Box 1494
Merrifield, VA 22116-1494
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    8382    $653.99

**When was the debt incurred?**    2/15/18

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical bill

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   Jerome Alan Johnson
Debtor 2   Michele Anita Johnson

Case number (if known)    19-12437-BFK

| 4.9 1 | William H. Wigfall, Jr. | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
4600 Mimsey Rd.
Upper Marlboro, MD 20772

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

| 4.9 2 | Wyatt G. Dulaney | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
14509 Golden Oak Rd.
Centreville, VA 20121

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

| 4.9 3 | Yusef A. Adams | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
301 N. Beauregard St., #1004
Alexandria, VA 22312

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Contract Security Forces, LLC, listed for information only

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  Jerome Alan Johnson
Debtor 2  Michele Anita Johnson

Case number (if known)    19-12437-BFK

| 4.9 4 | Yvon Raymond | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

9348 Cherry Hill Rd., #706
College Park, MD 20740
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Claim solely against Contract Security Forces, LLC, listed for information only

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Affiliate Asset Solutions, LLC<br>145 Technology Pkwy. NW<br>Suite 100<br>Peachtree Corners, GA 30092-2913 | Line 4.67 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| AMCB<br>2900 Telestar Ct.<br>Falls Church, VA 22042 | Line 4.35 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| AMCB<br>2900 Telestar Ct.<br>Falls Church, VA 22042 | Line 4.33 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| AMCB<br>2900 Telestar Ct.<br>Falls Church, VA 22042 | Line 4.34 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| American Medical Collection<br>4 Westchester Plaza, Bldg. 4<br>Elmsford, NY 10523 | Line 4.51 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| American Medical Collection<br>4 Westchester Plaza, Bldg. 4<br>Elmsford, NY 10523 | Line 4.56 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Barbara A. Queen, Esq.<br>Lawrence & Associates<br>701 E. Franklin St., Suite 700<br>Richmond, VA 23219 | Line 4.83 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| BYL Collection Services<br>P.O. Box 5569<br>Malvern, PA 19355 | Line 4.16 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| BYL Collection Services<br>P.O. Box 5569<br>Malvern, PA 19355 | Line 4.17 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Central Credit Services, LLC<br>9550 Regency Sq. Blvd., #500<br>Jacksonville, FL 32225 | Line 4.73 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Christopher L. Rogan, Esq.<br>Rogan, Miller & Zimmerman PLLC<br>50 Catoctin Cir., Suite 333<br>Leesburg, VA 20176 | Line 4.40 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Credence Resource Management<br>P.O. Box 2210<br>Southgate, MI 48195-4210 | Line 4.68 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Crum & Forster<br>305 Madison Ave..<br>Morristown, NJ 07960 | Line 4.21 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| D & A Services<br>JH Portfolio Debt Equities LLC<br>1400 E. Touhy Ave., #G2<br>Des Plaines, IL 60018 | Line 4.22 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| David T. Spruill, Esq.<br>120 Corporate Blvd.<br>Norfolk, VA 23502 | Line 4.14 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Douglas J. Lewis, Esq.<br>7500 Diplomat Dr., #201<br>Manassas, VA 20109 | Line 4.33 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Fullerton & Knowles, P.C.<br>12642 Chapel Rd., Suite A<br>Clifton, VA 20124 | Line 4.72 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| GLA Collection Company, Inc.<br>DAKS 1123<br>P.O. Box 1022<br>Wixom, MI 48393-1022 | Line 4.47 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1   Jerome Alan Johnson
Debtor 2   Michele Anita Johnson

Case number (if known)    19-12437-BFK

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Harris & Harris of Illinois<br>111 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60604-4135 | Line **4.43** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Jason T. Brown, Esq.<br>JTB Law Group, L.L.C.<br>155 2nd St., Suite 4<br>Jersey City, NJ 07302 | Line **4.83** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| John L. Gregory, III<br>P.O. Box 72<br>Martinsville, VA 24114-0072 | Line **4.86** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Merchants Adjustment Service<br>56 N. Florida St.<br>Mobile, AL 36607 | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Morin & Barkley LLP<br>455 Second St., SE<br>Suite 200<br>Charlottesville, VA 22902 | Line **4.74** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| NCC<br>P.O. Box 9156<br>Alexandria, VA 22304-0156 | Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Phillips & Cohen Assoc.<br>1002 Justison St.<br>Wilmington, DE 19801 | Line **4.62** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Phoenix Financial Services LLC<br>8902 Otis Ave., Suite 103A<br>Indianapolis, IN 46216-1077 | Line **4.66** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Plantation Billing Center<br>P.O. Box 459077<br>Sunrise, FL 33345-9077 | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Portfolio  Recovery Associates<br>P.O. Box 12914<br>Norfolk, VA 23541 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Radius Global Solutions LLC<br>7831 Glenroy Rd., Suite 250-A<br>Minneapolis, MN 55439 | Line **4.54** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| Debtor 1 | Jerome Alan Johnson | | |
|---|---|---|---|
| Debtor 2 | Michele Anita Johnson | Case number *(if known)* | 19-12437-BFK |

| | Last 4 digits of account number | |
|---|---|---|
| **Name and Address**<br>Rapid Recovery<br>P.O. Box 112<br>Fairfax, VA 22038 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.75** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | |
| **Name and Address**<br>Retrieval-Masters Cred Bureau<br>4 Westerchester Plaza<br>Suite 110<br>Elmsford, NY 10523 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.52** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | |
| **Name and Address**<br>Retrieval-Masters Cred Bureau<br>4 Westerchester Plaza<br>Suite 110<br>Elmsford, NY 10523 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.55** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | |
| **Name and Address**<br>Sentara Collections<br>P.O. Box 79698<br>Baltimore, MD 21279-0698 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.80** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | |
| **Name and Address**<br>US Fire Insurance Company<br>P.O. Box 28146<br>New York, NY 10087-8146 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 81,473.07 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 81,473.07 |
| | | | | Total Claim |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 715,108.79 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 715,108.79 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jerome Alan Johnson |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | Michele Anita Johnson |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 19-12437-BFK |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
   example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts
   and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1    Wife-Debtor's mother | Wife-Debtor's mother resides with them under an informal,<br>unwritten lease pursuant to which she pays $800/mo. |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jerome Alan Johnson |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Michele Anita Johnson |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 19-12437-BFK |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | August S. Thennet<br>390 Bridgewater Cir.<br>Fredericksburg, VA 22406 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.83__<br>☐ Schedule G _____<br>Shauntay A. Spinner |
| 3.2 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>Central Insurance Agency |
| 3.3 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.74__<br>☐ Schedule G _____<br>Philadelphia Insurance Company |

| Debtor 1 | Jerome Alan Johnson | | |
|---|---|---|---|
| | Michele Anita Johnson | Case number *(if known)* | 19-12437-BFK |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>Alireza Kiaee |
| 3.5 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>Anthony Pellicone |
| 3.6 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>Antoine J. Wright |
| 3.7 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>Baktash Rahimi |
| 3.8 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>Camille A. Boothe |
| 3.9 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>Dalwuan R. Williams |
| 3.10 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>Danyell Baker |
| 3.11 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>Darnell A. Jackson |

| Debtor 1 | Jerome Alan Johnson |  | Case number *(if known)* | 19-12437-BFK |
|---|---|---|---|---|
|  | Michele Anita Johnson |  |  |  |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.12  Contract Security Forces, LLC <br> 3310 Noble Pond Way, Suite 103 <br> Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.28__ <br> ☐ Schedule G _____ <br> Darrell W. Noble |
| 3.13  Contract Security Forces, LLC <br> 3310 Noble Pond Way, Suite 103 <br> Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.29__ <br> ☐ Schedule G _____ <br> Essence A. Delgado |
| 3.14  Contract Security Forces, LLC <br> 3310 Noble Pond Way, Suite 103 <br> Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.32__ <br> ☐ Schedule G _____ <br> Hugo N. C. Hidalgo |
| 3.15  Contract Security Forces, LLC <br> 3310 Noble Pond Way, Suite 103 <br> Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.38__ <br> ☐ Schedule G _____ <br> Jacqueline W. Wanjohi |
| 3.16  Contract Security Forces, LLC <br> 3310 Noble Pond Way, Suite 103 <br> Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.39__ <br> ☐ Schedule G _____ <br> Jahkira L. Prince |
| 3.17  Contract Security Forces, LLC <br> 3310 Noble Pond Way, Suite 103 <br> Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.41__ <br> ☐ Schedule G _____ <br> Jermaine K. Mitcham |
| 3.18  Contract Security Forces, LLC <br> 3310 Noble Pond Way, Suite 103 <br> Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.42__ <br> ☐ Schedule G _____ <br> John T. Harrod |
| 3.19  Contract Security Forces, LLC <br> 3310 Noble Pond Way, Suite 103 <br> Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.46__ <br> ☐ Schedule G _____ <br> Joseph A. Campbell |

| Debtor 1 | Jerome Alan Johnson | Case number *(if known)* | 19-12437-BFK |
|---|---|---|---|
| | Michele Anita Johnson | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.20 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>Joseph Walker |
| 3.21 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>Juan J. Encarnacion |
| 3.22 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>Kadija H. Kargbo |
| 3.23 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>Lamont C. Thompson |
| 3.24 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>Mac J. Kriesch |
| 3.25 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>Malcolm J. Maiden |
| 3.26 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>Melissa R. Benitez |
| 3.27 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>Michael C. Paynter |

| Debtor 1 | Jerome Alan Johnson | | |
|---|---|---|---|
| | Michele Anita Johnson | Case number *(if known)* | 19-12437-BFK |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.28 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.71__<br>☐ Schedule G _____<br>Orlando B. Crawford |
| 3.29 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>Ricky D. McDonald |
| 3.30 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>Robert F. Byrd |
| 3.31 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.83__<br>☐ Schedule G _____<br>Shauntay A. Spinner |
| 3.32 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.85__<br>☐ Schedule G _____<br>Teresa D. Carcamo |
| 3.33 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.87__<br>☐ Schedule G _____<br>Timothy V. Whitley |
| 3.34 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.88__<br>☐ Schedule G _____<br>Tony G. Ferguson |
| 3.35 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>William H. Wigfall, Jr. |

| Debtor 1 | Jerome Alan Johnson |
|---|---|
| | Michele Anita Johnson |

Case number *(if known)*    19-12437-BFK

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36   Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>Wyatt G. Dulaney |
| 3.37   Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.93___<br>☐ Schedule G _____<br>Yusef A. Adams |
| 3.38   Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.94___<br>☐ Schedule G _____<br>Yvon Raymond |
| 3.39   Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.1___<br>☐ Schedule G _____<br>City of Portsmouth Treasurer |
| 3.40   Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ■ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Commonwealth of Virginia |
| 3.41   Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ■ Schedule D, line ___2.4___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Commonwealth of Virginia |
| 3.42   Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.2___<br>☐ Schedule G _____<br>Commonwealth of Virginia |
| 3.43   Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.3___<br>☐ Schedule G _____<br>Commonwealth of Virginia |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | Jerome Alan Johnson |
|---|---|
| | Michele Anita Johnson |

Case number *(if known)*    19-12437-BFK

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.44 | Contract Security Forces, LLC 3310 Noble Pond Way, Suite 103 Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.4__ ☐ Schedule G _____ Comptroller of Maryland |
| 3.45 | Contract Security Forces, LLC 3310 Noble Pond Way, Suite 103 Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.5__ ☐ Schedule G _____ Comptroller of Maryland |
| 3.46 | Contract Security Forces, LLC 3310 Noble Pond Way, Suite 103 Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.6__ ☐ Schedule G _____ Office of Tax and Revenue |
| 3.47 | Contract Security Forces, LLC 3310 Noble Pond Way, Suite 103 Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.7__ ☐ Schedule G _____ Office of Tax and Revenue |
| 3.48 | Contract Security Forces, LLC 3310 Noble Pond Way, Suite 103 Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.8__ ☐ Schedule G _____ Office of Tax and Revenue |
| 3.49 | Contract Security Forces, LLC 3310 Noble Pond Way, Suite 103 Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.9__ ☐ Schedule G _____ Prince William County |
| 3.50 | Contract Security Forces, LLC 3310 Noble Pond Way, Suite 103 Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.72__ ☐ Schedule G _____ Parkway East, LLC |
| 3.51 | Contract Security Forces, LLC 3310 Noble Pond Way, Suite 103 Woodbridge, VA 22193-1472 | ■ Schedule D, line __2.5__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ Commonwealth of Virginia |

| Debtor 1 | Jerome Alan Johnson | | |
|---|---|---|---|
| | Michele Anita Johnson | Case number *(if known)* | 19-12437-BFK |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.52 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ■ Schedule D, line ___2.6___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Commonwealth of Virginia |
| 3.53 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ■ Schedule D, line ___2.7___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Commonwealth of Virginia |
| 3.54 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ■ Schedule D, line ___2.13___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.55 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ■ Schedule D, line ___2.14___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.56 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ■ Schedule D, line ___2.15___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.57 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ■ Schedule D, line ___2.17___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.58 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ■ Schedule D, line ___2.18___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.59 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ■ Schedule D, line ___2.20___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Internal Revenue Service |

| Debtor 1 | Jerome Alan Johnson |
|---|---|
| | Michele Anita Johnson |

Case number *(if known)*   19-12437-BFK

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.60 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ■ Schedule D, line ___2.21___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.61 | Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>Redmon, Peyton & Braswell, LLP |
| 3.62 | Shameka C. Venable<br>5783 Rhode Island Ave.<br>Woodbridge, VA 22193 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>Shauntay A. Spinner |
| 3.63 | Thomas L. Johnson<br>1037 Milton Ave.<br>Baltimore, MD 21205 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>Shauntay A. Spinner |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jerome Alan Johnson |
| Debtor 2 (Spouse, if filing) | Michele Anita Johnson |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | 19-12437-BFK |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | CEO | Homemaker |
| | Employer's name | United Security Forces, LLC | |
| | Employer's address | 3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193 | |
| | How long employed there? | 1 1/2 years | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $        8,666.67 | $            0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$            0.00 | +$            0.00 |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $        8,666.67 | $            0.00 |

| Debtor 1 | Jerome Alan Johnson |
|---|---|
| Debtor 2 | Michele Anita Johnson |

Case number (*if known*) 19-12437-BFK

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 8,666.67 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,829.34 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,829.34 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 6,837.33 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 400.00 | $ 400.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 400.00 | $ 400.00 |

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 7,237.33 + $ 400.00 = $ 7,637.33 |
|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:

| | 11. | +$ 0.00 |
|---|---|---|

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

| | 12. | $ 7,637.33 |
|---|---|---|

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jerome Alan Johnson |
| Debtor 2 (Spouse, if filing) | Michele Anita Johnson |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | 19-12437-BFK |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    ■ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.        ■ Yes.    Fill out this information for each dependent..............

    Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Daughter | 19 | ☐ No  ■ Yes |
| | Daughter | 20 | ☐ No  ■ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 3,448.43 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 59.53 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | Jerome Alan Johnson | | Case number (if known) | 19-12437-BFK |
|---|---|---|---|---|
| Debtor 2 | Michele Anita Johnson | | | |

| | | | | | |
|---|---|---|---|---|---:|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 525.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 130.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 400.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 1,300.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 350.00 |
| 10. | **Personal care products and services** | | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 255.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 777.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: Personal property taxes on vehicles | | 16. | $ | 88.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 608.16 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 540.64 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | | |
| | 22a. | Add lines 4 through 21. | | $ | 9,181.76 |
| | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. | Add line 22a and 22b. The result is your monthly expenses. | | $ | 9,181.76 |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 7,637.33 |
| | 23b. | Copy your monthly expenses from line 22c above. | 23b. | -$ | 9,181.76 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -1,544.43 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jerome Alan Johnson |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Michele Anita Johnson |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 19-12437-BFK |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X /s/ Jerome Alan Johnson | X /s/ Michele Anita Johnson |
|---|---|
| Jerome Alan Johnson | Michele Anita Johnson |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date August 15, 2019 | Date August 15, 2019 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jerome Alan Johnson |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Michele Anita Johnson |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 19-12437-BFK |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $60,000.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

| | | |
|---|---|---|
| Debtor 1 | Jerome Alan Johnson | |
| Debtor 2 | Michele Anita Johnson | Case number *(if known)*  19-12437-BFK |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** **(January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $60,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $0.00 |
| **For the calendar year before that:** **(January 1 to December 31, 2017 )** | ■ Wages, commissions, bonuses, tips ■ Operating a business | $36,885.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental income | $2,800.00 | Rental income | $2,800.00 |
| **For last calendar year:** **(January 1 to December 31, 2018 )** | Rental income | $4,800.00 | Rental income | $4,800.00 |
| **For the calendar year before that:** **(January 1 to December 31, 2017 )** | Rental income | $4,800.00 | Rental income | $4,800.00 |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | Jerome Alan Johnson | | | |
|---|---|---|---|---|
| Debtor 2 | Michele Anita Johnson | | Case number *(if known)* | 19-12437-BFK |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Wells Fargo Home Mortgage<br>P.O. Box 105632<br>Atlanta, GA 30348-5632 | 7/3/19 | $6,896.86 | $397,192.41 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Inova Health Care Services, Inova Fairfax Hospital v. Jerome A. Johnson<br>GV19009316-00 | Warrant in Debt | Prince Willaim General District Court<br>9311 Lee Ave.<br>Manassas, VA 20110 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment entered 7/18/19 |
| Portfolio Recovery Associates, LLC, Assignee of Capital One Bank, N.A. v. Jermone A. Johnson<br>GV19000954-00 | Warrant in Debt | Prince Willaim General District Court<br>9311 Lee Ave.<br>Manassas, VA 20110 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment entered 2/26/19 |
| Parkway East, LLC v. Jerome Johnson, Michele Johnson, and Contract Security Forces, LLC<br>GV19007890-00 | Unlawful detainer | Prince Willaim General District Court<br>9311 Lee Ave.<br>Manassas, VA 20110 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment entered 7/12/19 |

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson

Case number *(if known)*    19-12437-BFK

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Potomac Hospital Corporation of PW dba Sentara Northern VA Medical Center v. Jermone and Michele Johnson GV19012172-00 | Warrant in Debt | Prince Willaim General District Court 9311 Lee Ave. Manassas, VA 20110 | ■ Pending ☐ On appeal ☐ Concluded<br><br>Hearing scheduled on 8/22/19 |
| Redmon, Peyton & Braswell, LLP v. Jerome and Michele Johnson Case No. 2019-003550 | Civil action | Prince William County Circuit Court 9311 Lee Ave. Manassas, VA 20110 | ☐ Pending ☐ On appeal ■ Concluded<br><br>Judgment entered 6/28/19 |
| The Greene Company of Virginia v. Jerome Johnson, et al. CL19-677 | Garnishment | Henry County Circuit Court 3160 Kings Mountain Rd. Martinsville, VA 24112 | ■ Pending ☐ On appeal ☐ Concluded<br><br>Hearing scheduled on 9/25/19 |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| The Greene Company of VA 2075 Stultz Rd. Martinsville, VA 24112 | Wages<br><br>☐ Property was repossessed. ☐ Property was foreclosed. ■ Property was garnished. ☐ Property was attached, seized or levied. | 7/19/19 ($788.92); 7/5/19 ($788.92); 6/21/19 ($788.92) | $2,366.76 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

| Debtor 1 | Jerome Alan Johnson | | |
|----------|---------------------|--|--|
| Debtor 2 | Michele Anita Johnson | Case number *(if known)* | 19-12437-BFK |

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Tyler, Bartl & Ramsdell, P.L.C.<br>300 N. Washington St., Suite 310<br>Alexandria, VA 22314 | $4,000, plus $362 in applicable filing fees | 6/17/19 | $4,362.00 |
| Cricket Debt Counseling | $24 | 7/24/19 | $24.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

include gifts and transfers that you have already listed on this statement.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
| --- | --- | --- | --- |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
| --- | --- | --- |

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- ☐ No
- ■ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
| --- | --- | --- | --- |
| Debtors' daughters<br>15338 Colonel Tansill Ct.<br>Woodbridge, VA 22193-5888 | Debtors' residence | Debtors have mutual possession of, and control over, miscellaneous personal belongings of their daughters, with whom they reside | Unknown |

Debtor 1    Jerome Alan Johnson
Debtor 2    Michele Anita Johnson

Case number (if known)    19-12437-BFK

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Wife-Debtor's mother<br>15338 Colonel Tansill Ct.<br>Woodbridge, VA 22193-5888 | Debtor's residence | Debtors have mutual possession of, and control over, miscellaneous personal belongings of Wife-Debtor's mother, with whom they reside | Unknown |
| Contract Security Forces, LLC<br>3310 Noble Pond Way, Suite 103<br>Woodbridge, VA 22193-1472 | Debtors' residence | Debtors have possession of, and control over, the LLC's 2013 Toyota Tundra, 2006 Chevrolet Malibu, and 2008 Scion, which are vested in the LLC's Chapter 7 Trustee in Case #17-14203-KHK | Unknown |

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■    *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■    *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■    *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.    Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■    No
☐    Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.    Have you notified any governmental unit of any release of hazardous material?

■    No
☐    Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.    Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■    No
☐    Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.    Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐    A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■    A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐    A partner in a partnership

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jerome Alan Johnson | Case number (if known) | 19-12437-BFK |
|---|---|---|---|
| Debtor 2 | Michele Anita Johnson | | |

☐ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| AthScho LLC 1900 Campus Commons Dr., Suite 100 Reston, VA 20191 | Collegiate T-shirt Company J. Peter Stratos | **EIN:** 27-4019698 **From-To** 2010-10/29/16 |
| Contract Security Forces, LLC 3310 Noble Pond Way, Suite 103 Woodbridge, VA 22193-1472 | Security services J. Peter Stratos | **EIN:** 27-5121910 **From-To** 2011-12/11/17 |
| Legacy Wealth Properties, LLC | Ownership of home in which Husband-Debtor's mother resides | **EIN:** **From-To** through 10/29/16 |

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Jerome Alan Johnson | /s/ Michele Anita Johnson |
|---|---|
| Jerome Alan Johnson **Signature of Debtor 1** | Michele Anita Johnson **Signature of Debtor 2** |
| **Date**   August 15, 2019 | **Date**   August 15, 2019 |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jerome Alan Johnson | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Michele Anita Johnson | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number (if known) | 19-12437-BFK | | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7                     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Bank of America, N.A.<br><br>Description of property securing debt: 2016 Honda Civic 29,314 miles | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: Make regular payments without formal reaffirmation agreement | ☐ No<br><br>■ Yes |
| Creditor's name: CarMax Auto Finance<br><br>Description of property securing debt: 2014 Toyota RAV4 22,948 miles | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: Make regular payments without formal reaffirmation agreement | ☐ No<br><br>■ Yes |
| Creditor's name: Wells Fargo Home Mortgage | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Jerome Alan Johnson | | | |
|---|---|---|---|---|
| Debtor 2 | Michele Anita Johnson | | Case number *(if known)* | 19-12437-BFK |

| Description of property | 15338 Colonel Tansill Ct. | *Reaffirmation Agreement.* |
|---|---|---|
| securing debt: | Woodbridge, VA 22193-5888 | ■ Retain the property and [explain]: |
| | Prince William County | Make regular payments without formal reaffirmation agreement |

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| **X** /s/ Jerome Alan Johnson | **X** /s/ Michele Anita Johnson |
|---|---|
| Jerome Alan Johnson | Michele Anita Johnson |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date    August 15, 2019 | Date    August 15, 2019 |

---

| Official Form 108 | Statement of Intention for Individuals Filing Under Chapter 7 | page 2 |
|---|---|---|